| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Offices of Seymour Wasserstrum<br>205 W. Landis Avenue<br>Vineland, New Jersey 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s) | |
|---|---|
| | Order Filed on August 9, 2016<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No.:  13-11744 |
| | Chapter:  13 |
| In Re:<br><br>Alfonzo H. Wright and Patricia A. Wright | Hearing Date:  N/A |
| | Judge:  JNP |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: August 9, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

Debtor(s): Alfonzo H. Wright and Patricia A. Wright

Case No.: 13-11744/ABA

Caption of Order: Order Granting Supplemental Chapter 13 Fees

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Seymour Wasserstrum, Esquire, the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtors' monthly plan payments increase to $2,037.00 for the remaining 18 months commencing on August 1, 2016.

United States Bankruptcy Court
District of New Jersey

In re:
Alfonzo H. Wright
Patricia A. Wright
    Debtors

Case No. 13-11744-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Aug 09, 2016
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2016.
db/jdb         +Alfonzo H. Wright,    Patricia A. Wright,    800 Dawn Lane,    Williamstown, NJ 08094-5712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2016 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank, N.A., as servicer for US bank
           National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-9, Adjust Rate Mortgage
           Backed Pass Through Certificates, Series 2005-9 nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
          CherylLynn  Walters    on behalf of Creditor    Township of Winslow cwalters@prlawoffice.com
          Elizabeth L. Wassall    on behalf of Creditor    Wells Fargo Bank N.A., as Trustee
           vbarber@udren.com,    ewassall@udren.com
          I. Dominic Simeone    on behalf of Creditor    Mason Run Condominium Assoc., Inc.
           dsimeone@srnjlawfirm.com,    kraynor@srnjlawfirm.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Jeanette F. Frankenberg    on behalf of Creditor    Bank Of America, N.A. cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    Federal National Mortgage Association (Fannie
           Mae), creditor, c/o Seterus, Inc. cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    Everbank cmecf@sternlav.com
          Joel A. Ackerman    on behalf of Creditor    GMAC MORTGAGE LLC AS SERVICER FOR Wells Fargo Bank
           N.A., as Trustee for GMACM Mortgage Loan Trust 2005-AA1 jackerman@zuckergoldberg.com
          Joel A. Ackerman    on behalf of Creditor    OCWEN LOAN SERVICING, LLC jackerman@zuckergoldberg.com
          Joel A. Ackerman    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
           THE HOLDERS OF THE MERRILL LYNCH MORTGAGE INVESTORS INC., MORTGAGE PASS-THROUGH CERTIFICATES,
           MLMI SERIES 2006-A1 jackerman@zuckergoldberg.com
          Joel A. Ackerman    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
           THE HOLDERS OF THE MERRILL LYNCH MORTGAGE INVESTORS INC., MORTGAGEPASS-THROUGH CERTIFICATES,
           MLMI SERIES 2006-A1 jackerman@zuckergoldberg.com
          John Philip Schneider    on behalf of Creditor    OCWEN LOAN SERVICING, LLC nj.bkecf@fedphe.com
          Joshua I. Goldman    on behalf of Creditor    Residential Credit Solutions Inc.
           jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Robert P. Saltzman    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
          Robert P. Saltzman    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae),
           creditor, c/o Seterus, Inc. dnj@pbslaw.org
          Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC dnj@pbslaw.org
          Ryan A. Gower    on behalf of Creditor    U.S. Bank National Association, as Trustee for Structured
           Asset Mortgage Investments II Inc., Bear Stearns ARM Trust, Mortgage Pass-Through Certificates,
           Series 2004-12 bkecf@milsteadlaw.com
          Seymour  Wasserstrum    on behalf of Debtor Alfonzo H. Wright mylawyer7@aol.com,
           ecf@seymourlaw.net
          Seymour  Wasserstrum    on behalf of Joint Debtor Patricia A. Wright mylawyer7@aol.com,
           ecf@seymourlaw.net

```
District/off: 0312-1           User: admin               Page 2 of 2             Date Rcvd: Aug 09, 2016
                               Form ID: pdf903           Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Steven K. Eisenberg    on behalf of Creditor    HSBC Bank USA, N.A. seisenberg@sterneisenberg.com,
               dbogucki@sterneisenberg.com;jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;ckohn@sterneise
               nberg.com
              Steven K. Eisenberg    on behalf of Creditor    OCWEN LOAN SERVICING, LLC
               seisenberg@sterneisenberg.com,
               dbogucki@sterneisenberg.com;jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;ckohn@sterneise
               nberg.com
              Steven K. Eisenberg    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
               seisenberg@sterneisenberg.com,
               dbogucki@sterneisenberg.com;jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;ckohn@sterneise
               nberg.com
              Veroneque Annette Theresa Blake    on behalf of Creditor    OCWEN LOAN SERVICING, LLC
               vblake@udren.com,    vbarber@udren.com
              William M. E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 29
```