ISABEL C. BALBOA, ICB-4082
ISABEL C. BALBOA, STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38, SUITE 580
CHERRY HILL, NJ 08002
(856) 663-5002
CHAPTER 13 STANDING TRUSTEE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

DEBTOR: ALFONZO H. & PATRICIA A. WRIGHT
CASE NUMBER: 13-11744 JNP

NOTICE OF RESERVE ON CLAIM

CREDITOR: OCWEN LOAN SERVICING, LLC
TRUSTEE CLAIM #: 30
COURT CLAIM #: 35

Please be advised that a reserve has been placed on the above named claim for the following reason:

_____  Disbursement checks have been returned as undeliverable. A change of address must be filed with the Court.

_____  The creditor cannot locate an account for the debtor under the account number provided. The correct account number must be provided in writing.

_____  The creditor is not cashing checks issued by the Trustee. Payments will not resume until a written request is sent by the creditor to the Trustee.

_____  The debt has been transferred and the transfer/assignment has not been filed with the Court.

_____  Disbursement checks have been returned with notice that stay relief was granted, but there is no filed Order granting stay relief on the Court Docket.

_____  The creditor refuses to accept partial payments. Issue must be resolved by debtor's attorney or Pro Se debtor, and Trustee must be notified in writing of resolution.

_____  The creditor has failed to file a Proof of Claim.

_____  The creditor has received stay relief, as per Order entered

**___X__ OTHER: PAYMENTS ARE BEING RETURNED WITHOUT WRITTEN DOCUMENTATION OUTLINING THE REASON FOR THE REFUND. DISBURSEMENTS WILL NOT RESUME UNTIL A WRITTEN REQUEST IS RECEIVED.**

Unless we receive the information needed or the necessary documents are filed with the Court, we will continue to reserve the funds. The funds will be sent to the United States Bankruptcy Court if the documents have not been filed or received by the Trustee's Office at the conclusion of the case.

Request for additional information should be directed to: Isabel C. Balboa, Chapter 13 Standing Trustee, Cherry Tree Corporate Center, 535 Route 38, Suite 580, Cherry Hill, NJ 08002.

Dated:  SEPTEMBER 26, 2016              */s/ Isabel C. Balboa*
                                        Chapter 13 Standing Trustee

Copy to:

OCWEN LOAN SERVICING, LLC
1661 WORTHINGTON ROAD
SUITE 100
WEST PALM BEACH, FL 33409

PHELAN, HALLINAN, DIAMOND & JONES, P.C.
400 FELLOWSHIP ROAD
SUITE 100
MOUNT LAUREL, NJ 08054

SEYMOUR WASSERSTRUM, ESQUIRE
205 WEST LANDIS AVENUE
VINELAND, NJ 08360

ALFONZO H. & PATRICIA A. WRIGHT
800 DAWN LANE
WILLIAMSTOWN, NJ 08094