B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  Alfonzo H Wright and Patricia A Wright          ,          Case No.  13-11744
fdba Master Construction Company, aka Patricia Gardner
dba Wright Choice Properties LLC

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Ditech Financial LLC | Ocwen Loan Servicing, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Ditech Financial LLC
  P.O.Box 6154 Rapid City, SD 57709-6154

Court Claim # (if known): ____35____
Amount of Claim: ____$168,526.24____
Date Claim Filed: ____04/19/2013____

Phone:  888-298-7785
Last Four Digits of Acct #:   8491

Phone:  800-850-4622
Last Four Digits of Acct. #:   0566

Name and Address where transferee payments should be sent (if different from above):
  Ditech Financial LLC
  P.O.Box 0049 Palatine, IL 60055-0049

Phone:  888-298-7785
Last Four Digits of Acct #:   8491

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Evan S. Singer                              Date:  10/31/2016
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.