**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: § § § | CASE NO. 13-11744-JNP |
| ALFONZO H. WRIGHT § | |
| fdba Master Construction Company § | |
| PATRICIA A. WRIGHT § | |
| aka Patricia Gardner | |
| dba Wright Choice Properties LLC | |
|     DEBTOR | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Fay Servicing, LLC as servicing agent for PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee** | **Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    **Fay Servicing, LLC**
    **Bankruptcy Department**
    **939 W. North Avenue Suite 680**
    **Chicago, Illinois 60642**

Phone: 312-780-0011
Last Four Digits of Acct #: **xxxxxx7886**

Court Claim # (if known): 38-2
Amount of Claim: $63,108.23
Date Claim Filed: 10/09/2013

Phone: 516-741-2585
Last Four Digits of Acct.#: 6329

Name and Address where transferee payments should be sent (if different from above):

    Fay Servicing, LLC
    Bankruptcy Department
    939 W. North Avenue Suite 680
    Chicago, Illinois 60642

Phone: 312-780-0011
Last Four Digits of Acct #: **xxxxxx7886**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John J. Rafferty                          Date:        11/07/2016
    Transferee/Transferee's Agent

    Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Buckley Madole, P.C.  
14841 Dallas Parkway  
Suite 300  
Dallas, Texas 75254  
Telephone: (972) 643-6600  
POCInquiries@BuckleyMadole.com  
Authorized Agent for Creditor  

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In Re: | Chapter: 13 |
|---|---|
| Alfonzo H. Wright and Patricia A. Wright, | Case No.: 13-11744-JNP |
| Debtors. | Judge: Jerrold N. Poslusny Jr. |

### CERTIFICATION OF SERVICE

1. I, <u>John J. Rafferty</u>:

    ☒ represent the <u>Creditor</u> in the above-captioned matter.

    ☐ am the secretary/paralegal for _____ who represents the

    _____ in the above-captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On <u>11/07/2016</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| 11/07/2016 | /s/ John J. Rafferty |
|---|---|
| Date | Signature |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court *) |
| Alfonzo H. Wright<br>800 Dawn Lane<br>Williamstown, NJ 08094-0000<br><br>Patricia A. Wright<br>800 Dawn Lane<br>Williamstown, NJ 08094-0000 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court *) |
| Seymour Wasserstrum<br>Law Offices of Seymour Wasserstrum<br>205 West Landis Avenue<br>Vineland, NJ 08360<br>mylawyer7@aol.com | Debtors' Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court *) |

\*   May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.