UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE:                                                                    CASE NO.: 13-11744-JNP
                                                                          CHAPTER 13
Alfonzo H. Wright fdba Master
Construction Company,

   Debtor,

Patricia A. Wright aka Patricia Gardner
dba Wright Choice Properties LLC,

   Joint Debtor.

_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of DITECH FINANCIAL LLC. ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487

                                                Robertson, Anschutz & Schneid, P.L.
                                                Authorized Agent for Secured Creditor
                                                6409 Congress Ave., Suite 100
                                                Boca Raton, FL 33487
                                                Telephone: 561-241-6901
                                                Facsimile: 561-997-6909
                                                By: /s/Vanessa D. Torres

        Vanessa D. Torres, Esquire
        Email: vdtorres@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 25, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ALFONZO H. WRIGHT FDBA MASTER CONSTRUCTION COMPANY
PATRICIA A. WRIGHT AKA PATRICIA GARDNER
DBA WRIGHT CHOICE PROPERTIES LLC
c/o LAW OFFICES OF SEYMOUR WASSERSTRUM
205 WEST LANDIS AVENUE
VINELAND, NJ 08360

ISABEL C. BALBOA
CHERRY TREE CORPORATE CENTER
535 ROUTE 38 - SUITE 580
CHERRY HILL, NJ  08002

        Robertson, Anschutz & Schneid, P.L.
        Authorized Agent for Secured Creditor
        6409 Congress Ave., Suite 100
        Boca Raton, FL 33487
        Telephone: 561-241-6901
        Facsimile: 561-997-6909
        By: /s/Vanessa D. Torres
        Vanessa D. Torres, Esquire
        Email: vdtorres@rasflaw.com