Printed on: 01/14/2017  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 5

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2016 to 12/31/2016  
**Case Number: 13-11744 (JNP)**

Alfonzo H. Wright and Patricia A. Wright  
800 Dawn Lane  
Williamstown, NJ  08094

Monthly Payment: $2,037.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/2016 | $1,068.00 | 02/09/2016 | $1,068.00 | 03/02/2016 | $1,068.00 | 04/06/2016 | $1,068.00 |
| 05/09/2016 | $1,068.00 | 06/06/2016 | $1,068.00 | 07/06/2016 | $2,012.00 | 08/01/2016 | $2,012.00 |
| 09/01/2016 | $2,037.00 | 10/03/2016 | $2,037.00 | 11/04/2016 | $2,037.00 | 12/09/2016 | $2,037.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ALFONZO H. WRIGHT | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JILL T. BRYAN, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SELF-REPRESENTED | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM & ASSOCIATES | 13 | $2,844.17 | $2,844.17 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM & ASSOCIATES | 13 | $800.00 | $800.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $400.00 |
| 1 | ADVOCARE IN-PATIENT MEDICINE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERICA'S SERVICING COMPANY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | FIA CARD SERVICES, N.A. | 33 | $5,953.17 | $0.00 | $5,953.17 | $0.00 |
| 7 | GREEN TREE SERVICING, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | BEVERLY MARSH | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | BOROUGH OF CLEMENTON | 24 | $84.43 | $84.43 | $0.00 | $0.00 |
| 10 | CAMDEN COUNTY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | THE HEART HOUSE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | CARL DUHART | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | CARMEL MORINA, COURT OFFICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | CHASE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | Citibank | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | CRIS MCILVAINE, COURT OFFICER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | DAVID WATNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | DIAGNOSTIC PATHOLOGY CONSULTANTS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | DOUGLAS A. BAKER, ESQUIRE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | EDUARDO F. ENRIQUEZ MD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | EMERGENCY PHYSICIAN ASSOCIATES OF S.J. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | FALONI AND ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | FALONI AND LA RUSSO, ESQ. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 28 | FREDERICK J. HANNA & ASSOCIATES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | CAPITAL ONE BANK USA, N.A. | 33 | $3,460.17 | $0.00 | $3,460.17 | $0.00 |
| 30 | DITECH FINANCIAL, LLC | 24 | $19,393.99 | $14,779.65 | $4,614.34 | $4,518.53 |
| 32 | GOLDMAN & WARSHAW, P.C. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | HADDON RENAL MEDICAL SPEC. PA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | HAYT, HAYT & LANDAU, LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | HOME DEPOT CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | KENNEDY HEALTH SYSTEMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | LVNV FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | LEE S. DENNISON, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | LINDA LILLIBRIDGE AND ANDRE SCANES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | LYONS, DOUGHTY & VELDHUIS, P.C. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | MARK A. RINALDI, ESQ. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | MASON RUN CONDOMINIUM ASSOCIATION | 33 | $17,741.22 | $0.00 | $17,741.22 | $0.00 |
| 47 | AMERICAN INFOSOURCE, LP | 33 | $465.68 | $0.00 | $465.68 | $0.00 |
| 48 | AMERICAN INFOSOURCE, LP | 33 | $3,161.15 | $0.00 | $3,161.15 | $0.00 |
| 51 | NUDELMAN, KLEMM & GOLUB | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | OFFICER CECIL E. CANADY, SR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53 | BOROUGH OF PINE HILL | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 54 | PRESSLER & PRESSLER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 57 | RICHARD NORMAN, COURT OFFFICER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 59 | ROZANE ALEXANDER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 60 | SABRINA LINDSAY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 61 | SECURITY CREDIT SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 62 | FAY SERVICING, LLC | 24 | $14,652.38 | $5,378.70 | $9,273.68 | $4,521.39 |
| 63 | SINSARAE DINNALL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 64 | SOUTH JERSEY GAS COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 65 | SOUTH JERSEY GASTROENTEROLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 66 | SOUTH JERSEY RADIOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 67 | STERN, LAVINTHAL & FRANKENBERG, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 68 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $3,004.40 | $0.00 | $3,004.40 | $0.00 |
| 69 | TOWNSHIP OF WINSLOW | 24 | $1,826.47 | $1,826.47 | $0.00 | $180.03 |
| 71 | US BANK, TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 72 | VIRTUA HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 73 | VIRTUA HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 74 | VIRTUA HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 75 | APEX ASSET MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 76 | WELLS FARGO BANK, N.A. | 24 | $2,715.86 | $2,111.02 | $604.84 | $619.08 |
| 77 | WEST JERSEY ANESTHESIA ASSOCIATES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 82 | EVERBANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 83 | BANK OF AMERICA, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 84 | EVERBANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 85 | CAMDEN COUNTY | 24 | $2,303.77 | $1,735.17 | $568.60 | $581.99 |
| 86 | CAMDEN COUNTY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 87 | CAMDEN COUNTY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 88 | CAMDEN COUNTY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 89 | CAMDEN COUNTY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 90 | CAMDEN COUNTY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 91 | CAMDEN COUNTY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 92 | CAMDEN COUNTY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 93 | GMAC MORTGAGE, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 94 | OCWEN LOAN SERVICING, LLC | 24 | $6,824.39 | $5,304.52 | $1,519.87 | $1,555.65 |
| 95 | MASON RUN CONDOMINIUM ASSOCIATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 01/14/2017  
ISABEL C. BALBOA [*ICB-99001-00*]  
Page 3 of 5

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2016 to 12/31/2016  
**Case Number: 13-11744 (JNP)**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 96 | TOWNSHIP OF WINSLOW | 24 | $338.81 | $263.36 | $75.45 | $76.33 |
| 97 | TOWNSHIP OF WINSLOW | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 100 | TOWNSHIP OF WINSLOW | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 101 | TOWNSHIP OF WINSLOW | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 102 | WELLS FARGO BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 107 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 108 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 109 | CAPITAL ONE BANK USA, N.A. | 33 | $9,336.05 | $0.00 | $9,336.05 | $0.00 |
| 110 | CAPITAL ONE BANK USA, N.A. | 33 | $3,746.39 | $0.00 | $3,746.39 | $0.00 |
| 111 | CAPITAL ONE BANK USA, N.A. | 33 | $12,635.41 | $0.00 | $12,635.41 | $0.00 |
| 112 | CAPITAL ONE BANK USA, N.A. | 33 | $3,688.18 | $0.00 | $3,688.18 | $0.00 |
| 113 | CAPITAL ONE BANK USA, N.A. | 33 | $2,024.35 | $0.00 | $2,024.35 | $0.00 |
| 114 | CHASE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 115 | AMERICAN INFOSOURCE, LP | 33 | $11,673.07 | $0.00 | $11,673.07 | $0.00 |
| 116 | AMERICAN INFOSOURCE, LP | 33 | $1,217.97 | $0.00 | $1,217.97 | $0.00 |
| 117 | AMERICAN INFOSOURCE, LP | 33 | $8,482.17 | $0.00 | $8,482.17 | $0.00 |
| 118 | AMERICAN INFOSOURCE, LP | 33 | $2,729.50 | $0.00 | $2,729.50 | $0.00 |
| 119 | AMERICAN INFOSOURCE, LP | 33 | $1,105.87 | $0.00 | $1,105.87 | $0.00 |
| 120 | AMERICAN INFOSOURCE, LP | 33 | $1,156.75 | $0.00 | $1,156.75 | $0.00 |
| 122 | CAPITAL ONE BANK USA, N.A. | 33 | $6,753.47 | $0.00 | $6,753.47 | $0.00 |
| 124 | WINSLOW CROSSING HOMEOWNERS ASSOC. OF MANOR HALL | 24 | $10,802.60 | $8,397.31 | $2,405.29 | $2,461.89 |
| 125 | TOWNSHIP OF WINSLOW | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 126 | TOWNSHIP OF WINSLOW | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 127 | TOWNSHIP OF WINSLOW | 24 | $80.36 | $62.46 | $17.90 | $15.55 |
| 128 | OCWEN LOAN SERVICING, LLC | 24 | $5,548.65 | $4,312.87 | $1,235.78 | $1,264.83 |
| 129 | PORTFOLIO INVESTMENTS I, LLC | 33 | $3,686.15 | $0.00 | $3,686.15 | $0.00 |
| 130 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $336.90 | $0.00 | $336.90 | $0.00 |
| 131 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,115.65 | $0.00 | $1,115.65 | $0.00 |
| 132 | GREEN TREE SERVICING, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 133 | WINSLOW CROSSING HOMEOWNERS ASSOC. OF MANOR HALL | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 134 | AMERICA'S SERVICING COMPANY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 135 | GE CAPITAL RETAIL BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 136 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 137 | WELLS FARGO BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 140 | BANK OF AMERICA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 141 | BANK OF AMERICA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 142 | EVERBANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 143 | FEDERAL NATIONAL MORTGAGE ASSOCIATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 144 | GMAC MORTGAGE LLC AS SERVICER FOR WELLS FARGO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 145 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 146 | MASON RUN CONDOMINIUM ASSOC., INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 147 | OCWEN LOAN SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 148 | SETERUS MORTGAGE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 149 | TD BANK USA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 150 | TOWNSHIP OF WINSLOW | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 151 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE F | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 152 | WELLS FARGO BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 153 | WELLS FARGO BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 154 | WINSLOW CROSSING HOMEOWNERS ASSOC. OF | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 155 | AMERICAN INFOSOURCE, LP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 156 | AMERICA'S SERVICING COMPANY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 157 | BANK OF AMERICA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 158 | BANK OF AMERICA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 159 | BANK OF AMERICA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 160 | CAPITAL ONE BANK USA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 161 | EVERBANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 162 | EVERBANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 163 | FIA CARD SERVICES, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 164 | FEDERAL NATIONAL MORTGAGE ASSOCIATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 165 | GMAC MORTGAGE LLC AS SERVICER FOR WELLS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 166 | GOLDMAN & WARSHAW, P.C. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 167 | GREEN TREE SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 168 | GREEN TREE SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 169 | GREEN TREE SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 170 | GREEN TREE SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 171 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 172 | JEFFERSON CAPITAL SYSTEMS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 173 | JEFFERSON CAPITAL SYSTEMS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 174 | MASON RUN CONDOMINIUM ASSOCIATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 175 | OCWEN LOAN SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 176 | OCWEN LOAN SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 178 | PORTFOLIO INVESTMENTS II, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 179 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 180 | TARGET NATIONAL BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 181 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 182 | WELLS FARGO BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 183 | WINSLOW CROSSING HOMEOWNERS ASSOC. OF | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 184 | FEDERAL NATIONAL MORTGAGE ASSOCIATION | 13 | $526.00 | $526.00 | $0.00 | $526.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2013 | 40.00 | $0.00 |
| 06/01/2016 | Paid to Date | $40,281.00 |
| 07/01/2016 | 1.00 | $2,012.00 |
| 08/01/2016 | 18.00 | $2,037.00 |
| 02/01/2018 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 01/14/2017                                                      Page 5 of 5
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2016 to 12/31/2016
**Case Number: 13-11744 (JNP)**

| | |
|---|---|
| Total payments received this period: | $18,580.00 |
| Total paid to creditors this period: | $16,721.27 |
| Undistributed Funds on Hand: | $1,878.12 |
| Arrearages: | $25.00 |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**