**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Alfonzo H. Wright
Patricia A. Wright

Case No.: 13-11744

Hearing Date: _____

Chapter: JNP

Judge: 13

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Trustee's Certification of Default re:

**Location of Hearing:** Courtroom No. 4C
Mitchell H. Cohen US Courthouse
400 Cooper Street
Camden NJ 08101

**Date and Time:** 1/12/2018 @ 10:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 11/27/2017

JEANNE A. NAUGHTON, Clerk

By: /s/Kenyatta A. Johnson
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on 11/27, 20 17 this notice was served on the following: Alfonzo H. Wright, Patricia A. Wright  Attorney for Seymour Wasserstrum Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/Kenyatta A. Johnson
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-11744-JNP
Alfonzo H. Wright                                                     Chapter 13
Patricia A. Wright
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin            Page 1 of 2            Date Rcvd: Nov 27, 2017
                               Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2017.
db/jdb        +Alfonzo H. Wright,   Patricia A. Wright,   800 Dawn Lane,   Williamstown, NJ 08094-5712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2017 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor   Wells Fargo Bank, N.A., as servicer for US bank
           National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-9, Adjust Rate Mortgage
           Backed Pass Through Certificates, Series 2005-9 nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor   OCWEN LOAN SERVICING, LLC nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
          CherylLynn  Walters    on behalf of Creditor   Township of Winslow cwalters@prlawoffice.com
          Denise E. Carlon    on behalf of Creditor   Residential Credit Solutions Inc.
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Elizabeth L. Wassall    on behalf of Creditor   Wells Fargo Bank N.A., as Trustee
           vbarber@udren.com,   ewassall@udren.com
          I. Dominic Simeone    on behalf of Creditor   Mason Run Condominium Assoc., Inc.
           dsimeone@srnjlawfirm.com,   kraynor@srnjlawfirm.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Jeanette F. Frankenberg    on behalf of Creditor   Federal National Mortgage Association (Fannie
           Mae), creditor, c/o Seterus, Inc. cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor   Everbank cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor   Bank Of America, N.A. cmecf@sternlav.com
          Joel A. Ackerman    on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
           THE HOLDERS OF THE MERRILL LYNCH MORTGAGE INVESTORS INC., MORTGAGE PASS-THROUGH CERTIFICATES,
           MLMI SERIES 2006-A1 jackerman@zuckergoldberg.com
          Joel A. Ackerman    on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
           THE HOLDERS OF THE MERRILL LYNCH MORTGAGE INVESTORS INC., MORTGAGEPASS-THROUGH CERTIFICATES,
           MLMI SERIES 2006-A1 jackerman@zuckergoldberg.com
          Joel A. Ackerman    on behalf of Creditor   GMAC MORTGAGE LLC AS SERVICER FOR Wells Fargo Bank
           N.A., as Trustee for GMACM Mortgage Loan Trust 2005-AA1 jackerman@zuckergoldberg.com
          Joel A. Ackerman    on behalf of Creditor   OCWEN LOAN SERVICING, LLC jackerman@zuckergoldberg.com
          Joshua I. Goldman    on behalf of Creditor   Residential Credit Solutions Inc.
           jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Justin  Plean    on behalf of Creditor   Wells Fargo Bank, N.A. jplean@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Justin  Plean    on behalf of Creditor   OCWEN - Ocwen Loan Servicing, LLC jplean@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Robert P. Saltzman    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae),
           creditor, c/o Seterus, Inc. dnj@pbslaw.org
          Robert P. Saltzman    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
          Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC dnj@pbslaw.org
          Ryan A. Gower    on behalf of Creditor   U.S. Bank National Association, as Trustee for Structured
           Asset Mortgage Investments II Inc., Bear Stearns ARM Trust, Mortgage Pass-Through Certificates,
           Series 2004-12 bkecf@milsteadlaw.com

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Nov 27, 2017
                              Form ID: pdf900          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Seymour   Wasserstrum    on behalf of Joint Debtor Patricia A. Wright mylawyer7@aol.com, ecf@seymourlaw.net
          Seymour   Wasserstrum    on behalf of Debtor Alfonzo H. Wright mylawyer7@aol.com, ecf@seymourlaw.net
          Steven K. Eisenberg    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
          Steven K. Eisenberg    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
          Steven K. Eisenberg    on behalf of Creditor    HSBC Bank USA, N.A. bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
          Veroneque Annette Theresa Blake    on behalf of Creditor    OCWEN LOAN SERVICING, LLC vblake@udren.com, vbarber@udren.com
          William M. E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com

                                                                                                          TOTAL: 32