# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

Jane L. McDonald, Counsel
Raymond H. Shockley, Jr. Staff Attorney
Jennifer R. Gorchow, Staff Attorney

Kelleen E. Stanley*
Jennie P. Archer*
Jenai M. Cerquoni*

*Certified Bankruptcy Assistant
†Fellow, American College of Bankruptcy

December 4, 2017

The Honorable Judge Jerrold N. Poslusny, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

  RE: Chapter 13 Bankruptcy
    Debtor(s) Name: **Alfonzo H. & Patricia A. Wright**
    Case No.: **13-11744 (JNP)**
    Hearing Date: **January 12, 2018 at 10:00 a.m.**

Dear Judge Jerrold N. Poslusny, Jr.:

  Please withdraw the Trustee's Certification of Default/Motion to Dismiss in connection with the above-captioned case.

  Please feel free to contact me if you have any questions or require additional information.

            Respectfully submitted,

            OFFICE OF THE CHAPTER 13
            STANDING TRUSTEE

            /s/ *Isabel C. Balboa*
            Isabel C. Balboa
            Chapter 13 Standing Trustee

ICB:
cc:
  Seymour Wasserstrum, Esquire (Via Electronic Case Filing / ECF)
  Alfonzo H. & Patricia A. Wright (Via Regular Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978