UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------X

| | |
|---|---|
| IN RE: | CASE NO.:13-11744 |
| Alfonzo H. Wright | CHAPTER: 13 |
| Patricia A. Wright a/k/a Patricia Gardener d/b/a | **NOTICE OF APPEARANCE** |
| Wright Choice Properties LLC | HON. JUDGE.: |
| Debtor | JERROLD N. POSLUSNY JR. |

-------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of BSI FINANCIAL SERVICES and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and
served upon the following:

> FRIEDMAN VARTOLO, LLP
> Attorneys for BSI Financial
> Services
> 85 Broad Street, Suite 501
> New York, New York 10004
> bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for

Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District

Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: May 16, 2018
      New York, New York

                              By: /s/ Jonathan Schwalb
                              Jonathan Schwalb, Esq.
                              FRIEDMAN VARTOLO,
                              LLP Attorneys for BSI
                              Financial Services
                              85 Broad Street, Suite 501
                              New York, New York 10004
                              T: (212) 471-510
                              F: (212) 471-5150

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

------------------------------------------------------------------X

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 13-11744 |
| Alfonzo H. Wright | : | CHAPTER: 13 |
| Patricia A. Wright a/k/a Patricia Gardener d/b/a Wright Choice Properties LLC | : | HON. JUDGE.: |
| | : | JERROLD N. POSLUSNY JR. |
| Debtor | : | |

------------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

     On May 16, 2018, I served a true copy of the annexed **NOTICE OF APPEARANCE** by mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

     By: /s/ Jonathan Schwalb
     Jonathan Schwalb, Esq.
     FRIEDMAN VARTOLO LLP
     85 Broad Street, Suite 501 New York, New York 10004
     T: (212) 471-5100
     F: (212) 471-5150

**S**ERVICE **L**IST

Alfonzo H. Wright f/d/b/a Master Construction Company
800 Dawn Lane
Williamstown, NJ 080904
*Debtor*

Patricia A. Wright a/k/a Patricia Gardener d/b/a Wright
Choice Properties LLC
800 Dawn Lane
Williamstown, NJ 08094
*Debtor*

Seymour Wasserstrum
Law Offices of Seymour Wasserstrum
205 West Landis Avenue
Vineland, NJ 08360
*Debtors' Attorney*

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002
*Trustee*