## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE DIVISION

In re:

ALFONZO H. WRIGHT
PATRICIA A. WRIGHT
Debtor(s)

Case No. 13-11744-JNP

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Isabel C. Balboa, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/30/2013.

2) The plan was confirmed on 10/02/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/07/2017.

5) The case was Completed on 03/22/2018.

6) Number of months from filing to last payment: 62.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $1,886.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $78,959.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$78,959.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,044.17 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $5,694.39 |
| Other | $526.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$10,264.56** |

Attorney fees paid and disclosed by debtor:     $2,225.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVOCARE IN-PATIENT MEDICINE | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE, LP | Unsecured | 11,673.00 | 11,673.07 | 11,673.07 | 475.63 | 0.00 |
| AMERICAN INFOSOURCE, LP | Unsecured | 1,438.00 | 1,217.97 | 1,217.97 | 49.63 | 0.00 |
| AMERICAN INFOSOURCE, LP | Unsecured | 6,109.00 | 8,482.17 | 8,482.17 | 345.61 | 0.00 |
| AMERICAN INFOSOURCE, LP | Unsecured | 3,147.00 | 2,729.50 | 2,729.50 | 111.21 | 0.00 |
| AMERICAN INFOSOURCE, LP | Unsecured | NA | 1,105.87 | 1,105.87 | 45.06 | 0.00 |
| AMERICAN INFOSOURCE, LP | Unsecured | NA | 1,156.75 | 1,156.75 | 47.13 | 0.00 |
| AMERICAN INFOSOURCE, LP | Unsecured | 531.00 | 465.68 | 465.68 | 18.97 | 0.00 |
| AMERICAN INFOSOURCE, LP | Unsecured | 3,289.00 | 3,161.15 | 3,161.15 | 128.80 | 0.00 |
| AMERICA'S SERVICING COMPANY | Secured | 53,992.00 | 60,859.81 | 0.00 | 0.00 | 0.00 |
| APEX ASSET MANAGEMENT, LLC | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 16,414.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 5,953.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA, N.A. | Secured | 70,982.00 | 90,874.75 | 0.00 | 0.00 | 0.00 |
| BOROUGH OF CLEMENTON | Secured | 1,693.00 | NA | 84.43 | 84.43 | 0.00 |
| BOROUGH OF PINE HILL | Secured | 283.00 | 403.08 | 0.00 | 0.00 | 0.00 |
| CAMDEN COUNTY MUA | Secured | 576.00 | NA | NA | 0.00 | 0.00 |
| CAMDEN COUNTY MUA | Secured | 1,253.00 | 2,303.77 | 2,303.77 | 2,303.77 | 0.00 |
| CAMDEN COUNTY MUA | Secured | 629.00 | NA | NA | 0.00 | 0.00 |
| CAMDEN COUNTY MUA | Secured | 417.00 | NA | NA | 0.00 | 0.00 |
| CAMDEN COUNTY MUA | Secured | 643.00 | NA | NA | 0.00 | 0.00 |
| CAMDEN COUNTY MUA | Secured | 623.00 | NA | NA | 0.00 | 0.00 |
| CAMDEN COUNTY MUA | Secured | 723.00 | NA | NA | 0.00 | 0.00 |
| CAMDEN COUNTY MUA | Secured | 660.00 | NA | NA | 0.00 | 0.00 |
| CAMDEN COUNTY MUA | Secured | 732.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA, N.A. | Unsecured | 3,180.00 | 3,460.17 | 3,460.17 | 140.99 | 0.00 |
| CAPITAL ONE BANK USA, N.A. | Unsecured | 2,505.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA, N.A. | Unsecured | 8,955.00 | 9,336.05 | 9,336.05 | 380.40 | 0.00 |
| CAPITAL ONE BANK USA, N.A. | Unsecured | 3,263.00 | 3,746.39 | 3,746.39 | 152.65 | 0.00 |
| CAPITAL ONE BANK USA, N.A. | Unsecured | 13,582.00 | 12,635.41 | 12,635.41 | 514.84 | 0.00 |
| CAPITAL ONE BANK USA, N.A. | Unsecured | 3,214.00 | 3,688.18 | 3,688.18 | 150.27 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK USA, N.A. | Unsecured | 2,544.00 | 2,024.35 | 2,024.35 | 82.49 | 0.00 |
| CAPITAL ONE BANK USA, N.A. | Unsecured | NA | 6,753.47 | 6,753.47 | 275.17 | 0.00 |
| CHASE BANK USA, N.A. | Unsecured | 1,218.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA, N.A. | Unsecured | 2,729.00 | NA | NA | 0.00 | 0.00 |
| Citibank | Unsecured | 4,227.00 | NA | NA | 0.00 | 0.00 |
| DIAGNOSTIC PATHOLOGY CONSULTA | Unsecured | 512.00 | NA | NA | 0.00 | 0.00 |
| EDUARDO F. ENRIQUEZ MD | Unsecured | 449.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY PHYSICIAN ASSOCIATE | Unsecured | 4,806.00 | NA | NA | 0.00 | 0.00 |
| EVERBANK | Secured | 70,304.00 | 75,445.46 | 0.00 | 0.00 | 0.00 |
| EVERBANK | Secured | 64,703.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES, N.A. | Unsecured | 5,953.00 | 5,953.17 | 5,953.17 | 242.57 | 0.00 |
| GMAC MORTGAGE, LLC | Unsecured | 41,828.00 | NA | NA | 0.00 | 0.00 |
| GREEN TREE SERVICING, LLC | Secured | NA | 99,232.16 | 0.00 | 0.00 | 0.00 |
| GREEN TREE SERVICING, LLC | Secured | 61,766.00 | 89,033.53 | 0.00 | 0.00 | 0.00 |
| HADDON RENAL MEDICAL SPEC. PA | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT CREDIT SERVICES | Unsecured | 1,604.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 2,927.00 | 3,004.40 | 3,004.40 | 122.42 | 0.00 |
| KENNEDY HEALTH SYSTEMS | Unsecured | 28,571.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | 13,336.00 | NA | NA | 0.00 | 0.00 |
| MASON RUN CONDOMINIUM ASSOC | Unsecured | 3,405.00 | 17,741.22 | 17,741.22 | 722.88 | 0.00 |
| MASON RUN CONDOMINIUM ASSOC | Secured | 6,560.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, IN | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NEW PENN FINANCIAL, LLC | Secured | 153,408.00 | 168,526.24 | 19,393.99 | 19,393.99 | 0.00 |
| OCWEN LOAN SERVICING, LLC | Secured | 44,635.00 | 46,531.51 | 6,824.39 | 6,824.39 | 0.00 |
| OCWEN LOAN SERVICING, LLC | Secured | NA | 48,820.81 | 5,548.65 | 5,548.65 | 0.00 |
| PORTFOLIO INVESTMENTS I, LLC | Unsecured | NA | 3,686.15 | 3,686.15 | 150.19 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 336.90 | 336.90 | 13.72 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 1,115.65 | 1,115.65 | 45.45 | 0.00 |
| SOUTH JERSEY GAS COMPANY | Unsecured | 1,202.00 | NA | NA | 0.00 | 0.00 |
| SOUTH JERSEY GASTROENTEROLOG | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| SOUTH JERSEY RADIOLOGY | Unsecured | 2,483.00 | NA | NA | 0.00 | 0.00 |
| THE HEART HOUSE | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| TOWNSHIP OF WINSLOW | Secured | 368.00 | 338.81 | 263.36 | 263.36 | 0.00 |
| TOWNSHIP OF WINSLOW | Secured | 398.00 | 323.13 | 0.00 | 0.00 | 0.00 |
| TOWNSHIP OF WINSLOW | Secured | 625.00 | 768.27 | 0.00 | 0.00 | 0.00 |
| TOWNSHIP OF WINSLOW | Secured | 2,258.00 | 1,058.91 | 0.00 | 0.00 | 0.00 |
| TOWNSHIP OF WINSLOW | Secured | 1,259.00 | 3,113.88 | 1,826.47 | 1,826.47 | 0.00 |
| TOWNSHIP OF WINSLOW | Secured | NA | 80.00 | 0.00 | 0.00 | 0.00 |
| TOWNSHIP OF WINSLOW | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| TOWNSHIP OF WINSLOW | Secured | NA | 80.36 | 62.46 | 62.46 | 0.00 |
| U.S. BANK, N.A. | Secured | 56,504.00 | 63,108.23 | 14,652.38 | 14,652.38 | 0.00 |
| VIRTUA HEALTH SYSTEM | Unsecured | 74,861.00 | NA | NA | 0.00 | 0.00 |
| VIRTUA HEALTH SYSTEM | Unsecured | 50,000.00 | NA | NA | 0.00 | 0.00 |
| VIRTUA HEALTH SYSTEM | Unsecured | 4,886.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK, N.A. | Secured | 168,611.00 | 167,906.58 | 2,715.86 | 2,715.86 | 0.00 |
| WELLS FARGO BANK, N.A. | Secured | 45,695.00 | 45,092.23 | 0.00 | 0.00 | 0.00 |
| WEST JERSEY ANESTHESIA ASSOCIA | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| WINSLOW CROSSING HOMEOWNERS | Secured | NA | NA | NA | 0.00 | 0.00 |
| WINSLOW CROSSING HOMEOWNERS | Secured | NA | 21,827.96 | 10,802.60 | 10,802.60 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $49,135.27 | $49,135.27 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $15,343.09 | $15,343.09 | $0.00 |
| **TOTAL SECURED:** | **$64,478.36** | **$64,478.36** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$103,473.67** | **$4,216.08** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $10,264.56 |
| Disbursements to Creditors | $68,694.44 |
| **TOTAL DISBURSEMENTS:** | **$78,959.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/05/2018                By: /s/ Isabel C. Balboa
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**