Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                    Case No.: 13−11744−JNP
                                    Chapter:  13
                                    Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Alfonzo H. Wright                                   Patricia A. Wright
    fdba Master Construction Company       aka Patricia Gardner, dba Wright Choice
    800 Dawn Lane                                      Properties LLC
    Williamstown, NJ 08094−0000               800 Dawn Lane
                                                          Williamstown, NJ 08094−0000

Social Security No.:
   xxx−xx−0671                                        xxx−xx−4778

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

    You are hereby notified that the above−named case will be closed without entry of discharge on or after July 6, 2018 for the reason(s) indicated below.

- ☐   Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☐   Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☐   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: June 6, 2018
JAN: eag

                                                                                     Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Alfonzo H. Wright  
Patricia A. Wright  
    Debtors

Case No. 13-11744-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Jun 06, 2018  
                Form ID: clsnodsc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2018.  
db/jdb          +Alfonzo H. Wright,    Patricia A. Wright,    800 Dawn Lane,    Williamstown, NJ 08094-5712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 07 2018 00:35:55     U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534  
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 07 2018 00:35:52     United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235  
                                                                                                                                                                                                 TOTAL: 2

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2018 at the address(es) listed below:

         Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank, N.A., as servicer for US bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-9, Adjust Rate Mortgage Backed Pass Through Certificates, Series 2005-9 nj.bkecf@fedphe.com  
         Andrew L. Spivack    on behalf of Creditor    OCWEN LOAN SERVICING, LLC nj.bkecf@fedphe.com  
         Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com  
         CherylLynn Walters    on behalf of Creditor    Township of Winslow cwalters@prlawoffice.com  
         Denise E. Carlon    on behalf of Creditor    Residential Credit Solutions Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Elizabeth L. Wassall    on behalf of Creditor    Wells Fargo Bank N.A., as Trustee vbarber@udren.com, ewassall@udren.com  
         I. Dominic Simeone    on behalf of Creditor    Mason Run Condominium Assoc., Inc. dsimeone@srnjlawfirm.com, kraynor@srnjlawfirm.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Jeanette F. Frankenberg    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae), creditor, c/o Seterus, Inc. cmecf@sternlav.com  
         Jeanette F. Frankenberg    on behalf of Creditor    Everbank cmecf@sternlav.com  
         Jeanette F. Frankenberg    on behalf of Creditor    Bank Of America, N.A. cmecf@sternlav.com  
         Joel A. Ackerman    on behalf of Creditor    GMAC MORTGAGE LLC AS SERVICER FOR Wells Fargo Bank N.A., as Trustee for GMACM Mortgage Loan Trust 2005-AA1 jackerman@zuckergoldberg.com  
         Joel A. Ackerman    on behalf of Creditor    OCWEN LOAN SERVICING, LLC jackerman@zuckergoldberg.com  
         Joel A. Ackerman    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE MERRILL LYNCH MORTGAGE INVESTORS INC., MORTGAGE PASS-THROUGH CERTIFICATES, MLMI SERIES 2006-A1 jackerman@zuckergoldberg.com  
         Joel A. Ackerman    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE MERRILL LYNCH MORTGAGE INVESTORS INC., MORTGAGEPASS-THROUGH CERTIFICATES, MLMI SERIES 2006-A1 jackerman@zuckergoldberg.com  
         Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services bankruptcy@friedmanvartolo.com  
         Joshua I. Goldman    on behalf of Creditor    Residential Credit Solutions Inc. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Justin Plean    on behalf of Creditor    Wells Fargo Bank, N.A. jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
         Justin Plean    on behalf of Creditor    OCWEN - Ocwen Loan Servicing, LLC jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com

```
District/off: 0312-1                User: admin              Page 2 of 2                    Date Rcvd: Jun 06, 2018
                                    Form ID: clsnodsc        Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Kevin M. Buttery    on behalf of Creditor    Wells Fargo Bank, N.A. bkyefile@rasflaw.com
              Robert P. Saltzman    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae),
               creditor, c/o Seterus, Inc. dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC dnj@pbslaw.org
              Ryan A. Gower    on behalf of Creditor    U.S. Bank National Association, as Trustee for Structured
               Asset Mortgage Investments II Inc., Bear Stearns ARM Trust, Mortgage Pass-Through Certificates,
               Series 2004-12 bkecf@milsteadlaw.com
              Seymour  Wasserstrum    on behalf of Joint Debtor Patricia A. Wright mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour  Wasserstrum    on behalf of Debtor Alfonzo H. Wright mylawyer7@aol.com,
               ecf@seymourlaw.net
              Steven K. Eisenberg    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven K. Eisenberg    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
               bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven K. Eisenberg    on behalf of Creditor    HSBC Bank USA, N.A. bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Veroneque Annette Theresa Blake    on behalf of Creditor    OCWEN LOAN SERVICING, LLC
               vblake@udren.com,   vbarber@udren.com
              William M. E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                            TOTAL: 34
```