| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>BSI Financial Services as servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust<br>P: (212) 471-5100<br>bankruptcy@FriedmanVartolo.com |
| IN RE:<br>Alfonzo H. Wright<br>fdba Master Construction Company<br><br>Patricia A. Wright a/k/a Patricia Gardner<br>dba Wright Choice Properties LLC |

**Order Filed on June 6, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No. 13-11744

Hearing Date:

Judge: HON. JERROLD N. POSLUSNY JR.

Chapter: 13

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 6, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of BSI Financial Services as servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property more fully described as: 36 Melwood Court, Winslow Township, NJ 08081

[ ] Personal property more fully described as: N/A

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit BSI Financial Services as servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises located at 36 Melwood Court, Winslow Township, NJ 08081; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 13-11744-JNP
Alfonzo H. Wright                                                      Chapter 13
Patricia A. Wright
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Jun 06, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
db/jdb         +Alfonzo H. Wright,    Patricia A. Wright,    800 Dawn Lane,    Williamstown, NJ 08094-5712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank, N.A., as servicer for US bank
           National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-9, Adjust Rate Mortgage
           Backed Pass Through Certificates, Series 2005-9 nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    OCWEN LOAN SERVICING, LLC nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
          CherylLynn Walters    on behalf of Creditor    Township of Winslow cwalters@prlawoffice.com
          Denise E. Carlon    on behalf of Creditor    Residential Credit Solutions Inc.
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Elizabeth L. Wassall    on behalf of Creditor    Wells Fargo Bank N.A., as Trustee
           vbarber@udren.com,    ewassall@udren.com
          I. Dominic Simeone    on behalf of Creditor    Mason Run Condominium Assoc., Inc.
           dsimeone@srnjlawfirm.com,    kraynor@srnjlawfirm.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Jeanette F. Frankenberg    on behalf of Creditor    Federal National Mortgage Association (Fannie
           Mae), creditor, c/o Seterus, Inc. cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    Everbank cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    Bank Of America, N.A. cmecf@sternlav.com
          Joel A. Ackerman    on behalf of Creditor    OCWEN LOAN SERVICING, LLC jackerman@zuckergoldberg.com
          Joel A. Ackerman    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
           THE HOLDERS OF THE MERRILL LYNCH MORTGAGE INVESTORS INC., MORTGAGE PASS-THROUGH CERTIFICATES,
           MLMI SERIES 2006-A1 jackerman@zuckergoldberg.com
          Joel A. Ackerman    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
           THE HOLDERS OF THE MERRILL LYNCH MORTGAGE INVESTORS INC., MORTGAGEPASS-THROUGH CERTIFICATES,
           MLMI SERIES 2006-A1 jackerman@zuckergoldberg.com
          Joel A. Ackerman    on behalf of Creditor    GMAC MORTGAGE LLC AS SERVICER FOR Wells Fargo Bank
           N.A., as Trustee for GMACM Mortgage Loan Trust 2005-AA1 jackerman@zuckergoldberg.com
          Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services
           bankruptcy@friedmanvartolo.com
          Joshua I. Goldman    on behalf of Creditor    Residential Credit Solutions Inc.
           jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Justin Plean    on behalf of Creditor    Wells Fargo Bank, N.A. jplean@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Justin Plean    on behalf of Creditor    OCWEN - Ocwen Loan Servicing, LLC jplean@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Kevin M. Buttery    on behalf of Creditor    Wells Fargo Bank, N.A. bkyefile@rasflaw.com
          Robert P. Saltzman    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae),
           creditor, c/o Seterus, Inc. dnj@pbslaw.org
          Robert P. Saltzman    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Jun 06, 2018
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Robert P. Saltzman     on behalf of Creditor    Green Tree Servicing LLC dnj@pbslaw.org
          Ryan A. Gower     on behalf of Creditor    U.S. Bank National Association, as Trustee for Structured
           Asset Mortgage Investments II Inc., Bear Stearns ARM Trust, Mortgage Pass-Through Certificates,
           Series 2004-12 bkecf@milsteadlaw.com
          Seymour   Wasserstrum    on behalf of Joint Debtor Patricia A. Wright mylawyer7@aol.com,
           ecf@seymourlaw.net
          Seymour   Wasserstrum    on behalf of Debtor Alfonzo H. Wright mylawyer7@aol.com,
           ecf@seymourlaw.net
          Steven K. Eisenberg    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
          Steven K. Eisenberg    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
           bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
          Steven K. Eisenberg    on behalf of Creditor    HSBC Bank USA, N.A. bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
          Veroneque Annette Theresa Blake     on behalf of Creditor    OCWEN LOAN SERVICING, LLC
           vblake@udren.com,   vbarber@udren.com
          William M. E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                                                   TOTAL: 34