| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Alfonzo H. Wright | Social Security number or ITIN   xxx–xx–0671 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Patricia A. Wright | Social Security number or ITIN   xxx–xx–4778 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   13–11744–JNP | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Alfonzo H. Wright
fdba Master Construction Company

Patricia A. Wright
aka Patricia Gardner, dba Wright Choice Properties LLC

7/9/18

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 13-11744-JNP
Alfonzo H. Wright                                                   Chapter 13
Patricia A. Wright
        Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 5                  Date Rcvd: Jul 09, 2018
                               Form ID: 3180W               Total Noticed: 130


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2018.
db/jdb         +Alfonzo H. Wright,    Patricia A. Wright,    800 Dawn Lane,    Williamstown, NJ 08094-5712
aty            +Joel A. Ackerman,    Zucker Goldberg & Ackerman,    200 Sheffield Street,    Suite 301,
                 Mountainside, NJ 07092-2315
cr             +BANK OF AMERICA, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +Bank Of America, N.A.,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkwark,    Suite 305,
                 Roseland, NJ 07068-1640
cr             +Everbank,   Stern Lavinthal & Frankenberg,    105 Eisenhower Parkway,    Suite 302,
                 Roseland, NJ 07068-1640
cr             +Federal National Mortgage Association (Fannie Mae),     Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,,    Suite 302,   Roseland, NJ 07068-1640
cr             +HSBC Bank USA, N.A.,    c/o Stern & Eisenberg PC,    1040 N. Kings Highway, Suite 407,
                 Cherry Hill, NJ 08034-1925
cr             +OCWEN LOAN SERVICING, LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
lm             +Seterus Mortgage,    14523 SW Millikan Way #200,    Beaverton, OR 97005-2352
cr             +Seterus, Inc. as the authorized subservicer for Fe,     PO Box 1047,    Hartford, CT 06143-1047
cr             +Township of Winslow,    c/o Marrazzo & Platt, P.C.,    40 Berlin Avenue,
                 Stratford, NJ 08084-1404
cr             +U.S. BANK NATIONAL ASSOCIATION,    Stern & Eisenberg, PC,    1040 North Kings Highway,
                 Suite 407,   Cherry Hill, NJ 08034-1925
cr             +Wells Fargo Bank, N.A., as servicer for US bank Na,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
513641289      +Advocare In-Patient Medicine,    PO Box 3001,   Voorhees, NJ 08043-0598
513641291      +Apex Asset Management,    1891 Santa Barbara, Suite 20,    Lancaster, PA 17601-4106
513641292      +Apollo Health Street,    2 Brighton Road,   Clifton, NJ 07012-1645
513747874       Bank of America, N.A.,    PO Box 660933,   Dallas, TX 75266-0933
513816674      +Bank of America, N.A.,    Attn Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway, Suite 302,    Roseland, NJ 07068-1640
513641296      +Beverly Marsh,    14 Magnolia Court,   Sicklerville, NJ 08081-2016
513641297      +Borough Of Clementon,    Water/Sewer Dept.,   101 Gibbsboro Rd.,    Clementon, NJ 08021-4035
513641303      +CCMUA,   1645 Ferry Avenue,    Camden, NJ 08104-1360
513641300      +Cardiovascular Associates Of Del Val,    120 White Horse Pike, Suite 112,
                 Haddon Heights, NJ 08035-1994
513641301      +Carl Duhart,    11 Gibbsboro Road,   Clementon, NJ 08021-4021
513641302      +Carmel Morina, Court Office,    Superior Court Of NJ,    PO Box 376,   Woodbury, NJ 08096-7376
513641304      +Chase Bank,   Bankruptcy Dept.,    PO Box 740933,    Dallas, TX 75374-0933
513641306      +Crestar Group Of Companies,    1415 Route 70 East, Suite 500,    Cherry Hill, NJ 08034-2210
513641307      +Cris McIlvaine, Court Officer,    Superior Court Of NJ,    PO Box 823,
                 Williamstown, NJ 08094-0823
516518946      +DITECH FINANCIAL LLC,    Robertson, Anschutz & Schneid, P.L.,    Bankruptcy Department,
                 6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
513641308      +David Watner,    1129 Bloomfield Avenue, Suite 208,    West Caldwell, NJ 07006-7123
513641309      +Diagnostic Pathology Consultants,    PO Box 60100,    Charleston, SC 29419-0100
513641310      +Douglas A. Baker, Esq.,    236 Pine Valley Lane,    Sewell, NJ 08080-1108
513641311      +Eduardo F. Enriquez MD,    3 Brendenwood Drive,    Voorhees, NJ 08043-1603
513641312      +Emerg. Phy. Assoc. of SJ,    Akron Billiing Center,    2620 Ridgewood Road, Suite 300,
                 Akron, OH 44313-3500
514145754      +EverBank,   301 West Bay Street,    Jacksonville, FL 32202-5180
514145755      +EverBank,   301 West Bay Street,    Jacksonville, FL 32202,   EverBank,    301 West Bay Street,
                 Jacksonville, FL 32202-5180
513771468       FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,   Greensboro, NC 27410
513641313      +Faloni And Associates, LLC,    PO Box 1285,   West Caldwell, NJ 07007-1285
513641314      +Faloni And La Russo, Esq.,    175 Fairfield Avenue, Suite 1C,    West Caldwell, NJ 07006-6415
516487961      +Fay Servicing, LLC,    Bankruptcy Department,   939 W. North Avenue Suite 680,
                 Chicago, Illinois 60642-1231
516487962      +Fay Servicing, LLC,    Bankruptcy Department,   939 W. North Avenue Suite 680,
                 Chicago, Illinois 60642,    Fay Servicing, LLC,    Bankruptcy Department 60642-1231
517019209      +Fay Servicing, LLC,    3000 Kellway Drive,   Suite 150,    Carrolltown, TX 75006-3357
513641315      +Federal National Mortgage Association,    Attn: Stern Lavinthal And Frankenberg,
                 105 Eisenhower Pkwy, Suite 302,    Roseland, NJ 07068-1640
513831450      +GMAC MORTGAGE LLC AS SERVICER FOR Wells Fargo Bank,     c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
513641319      +GMAC Mortgage,    PO Box 780,   Waterloo, IA 50704-0780
513641318      +Gloucester County Office Of The Sheriff,    Law Executions Unit,    PO Box 376,
                 Woodbury, NJ 08096-7376
513641320      +Goldman And Warshaw,    34 Maple Avenue,   Suite 101,    Pine Brook, NJ 07058-9394
513641324      +HRRG,   PO Box 189053,    Plantation, FL 33318-9053
513728270      +HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO,     c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
513641321      +Haddon Renal Medical Spec. PA,    401 Kings Highway South, Bldg 5,    Cherry Hill, NJ 08034-2500
513641322      +Hayt, Hayt And Landau,    Meridian Center 1, 2 Industrial Way West,    PO Box 500,
                 Eatontown, NJ 07724-0500
```

```
District/off: 0312-1          User: admin              Page 2 of 5                  Date Rcvd: Jul 09, 2018
                              Form ID: 3180W           Total Noticed: 130


513641323     +Home Depot,    PO Box 790328,     St. Louis, MO 63179-0328
513641326     +Kennedy Health System,    500 Marlboro Avenue,    Cherry Hill, NJ 08002-2020
513641327     +Lee S. Dennison, Esq.,     231 High Street,    Mt. Holly, NJ 08060-1450
513641330     +Lyons, Doughty And Veldhuis,     PO Box 1269,    Mt. Laurel, NJ 08054-7269
513641331     +M & M Management,    169 Bates Avenue,    West Berlin, NJ 08091-1875
513641337     +MRS Associates,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
513641332     +Mark A. Rinaldi, Esq.,    155 South White Horse Pike, Suite A,    Berlin, NJ 08009-2316
513695459     +Mason Run Condominium Assoc., Inc.,    Attn Douglas A. Baker, Esq.,    236 Pine Valley Lane,
                Sewell, NJ 08080-1108
513641333     +Mason Run Condominium Association,    Attn: Community Realty Management,    36 South Main Street,
                Pleasantville, NJ 08232-2728
513641336     +Milstead And Associates,    230 Lake Drive East, Suite 301,    Cherry Hill, NJ 08002-1162
516963926      New Penn Financial, LLC,    d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10675,
                Greenville, SC 29603-0675
513863427     +OCWEN LOAN SERVICING, LLC,    ATTN: Bankruptcy Department,    1100 Virginia Drive, Suite 175,
                Fort Washington, PA 19034-3278
513853587     +Ocwen Loan Servicing, LLC,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                Mountainside, NJ 07092-2315
513641340     +Officer Cecil E. Canady, Sr.,    Camden County Superior Court,    PO Box 867,
                Mount Laurel, NJ 08054-0867
513641341     +Pine Hill MUA,    907 Turnerville Road,    Pine Hill, NJ 08021-6524
514232861     +Pine Hill Municipal Utilities Authority,    Attn Wade, Long, Wood & Kennedy, LLC,
                1250 Chews Landing Road, Suite 1,    Laurel Springs, NJ 08021-2816
513641342     +Pressler And Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
513641344     +Radiology Assoc. Of NJ,    PO Box 229,    Mt. Laurel, NJ 08054-0229
513641345     +Richard Norman, Court Offficer,    Superior Court Of NJ,    1 North Broad Street,
                Woodbury, NJ 08096-4602
513641346     +Rickart Collection Systems,    PO Box 7242,    North Brunswick, NJ 08902-7242
513641347     +Rozane Alexander,    14 Milstone Court,    Sicklerville, NJ 08081-2024
513641348     +Sabrina Lindsay,    36 Melwood Court,    Sicklerville, NJ 08081-2022
513641349     +Security Credit Services,    Attn: Leading Edge Recovery Solution,    PO Box 129,
                Linden, MI 48451-0129
513641350     +Seterus,    14523 SW Millikan Way, Suite 200,    Beaverton, OR 97005-2352
513641351     +Sinsarae Dinnall,    6 Vanderbilt Court,    Sicklerville, NJ 08081-2912
513641352     +South Jersey Gas Co.,    PO Box 6091,    Bellmawr, NJ 08099-6091
513641353     +South Jersey Gastroenterology,    406 Lippincott Drive, Suite E,    Marlton, NJ 08053-4168
513641354     +South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
513641355     +Stern Lavinthal Frankenberg And Norgaard,    105 Eisenhower Parkway, Suite 302,
                Roseland, NJ 07068-1640
513788655     +U.S. Bank National Association, as Trustee,    c/o Ocwen Loan Servicing, LLC,
                Attn: Bankruptcy Department,    1100 Virginia Drive,    Fort Washington, PA 19034-3278
517085312     +US Bank Trust National Association as Trustee,    c/o BSI Financial Services,
                1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
517085313     +US Bank Trust National Association as Trustee,    c/o BSI Financial Services,
                1425 Greenway Drive, Ste 400,    Irving, TX 75038,    US Bank Trust National Association as Tr,
                c/o BSI Financial Services 75038-2480
513641359     +US Bank, Trustee,    Attn:  Phelan Hallinan And Schmieg,    400 Fellowship Road, Suite 100,
                Mt. Laurel, NJ 08054-3437
513641360     +Virtua Health Voorhees,    Mail Processing Center,    2 Brighton Road,    Clifton, NJ 07012-1663
513641361     +Virtua Health-West Jersey,    Patient Accounting Dept.,    PO Box 8500-8267,
                Philadelphia, PA 19178-0001
513641362     +Virtua Medical Group,    PO Box 6028,    Bellmawr, NJ 08099-6028
513641363     +Voorhees Pain Consultants,    Attn: Apex Asset Management,    2501 Oregon Pike, Suite 102,
                Lancaster, PA 17601-4890
513641365    ++WEST JERSEY ANESTHESIA ASSOCIATES PA,    1000 WHITE HORSE ROAD SUITE 204,
                VOORHEES NJ 08043-4408
               (address filed with court: West Jersey Anesthesia Associates,    102E Centre Blvd.,
                Marlton, NJ  08053)
513736399     +Wells Fargo Bank, N.A.,    AKA Wachovia Mortgage, a division of Wel,
                Attn: Bankruptcy Department,    MAC#  T7416-023,    4101 Wiseman Boulevard,
                San Antonio, TX 78251-4200
513641367     +Winslow Crossing @Manor Hall HOA,    PO Box 79,    Sicklerville, NJ 08081-0079
513770842     +Winslow Crossing at Manor Hall,    Attn Eileen K. Fahey, Esq.,    7A North Main Street, Suite 1,
                PO Box 212,    Medford, NJ 08055-0212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2018 22:48:23     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2018 22:48:19      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             E-mail/Text: bankruptcy.bnc@ditech.com Jul 09 2018 22:47:44     Green Tree Servicing LLC,
                PO Box 6154,    Rapid City, SD  57709-6154
513641290     +EDI: WFFC.COM Jul 10 2018 02:13:00      America's Servicing Company,    PO Box 9039,
                Temecula, CA 92589-9039
513724461      EDI: AIS.COM Jul 10 2018 02:13:00      American InfoSource LP as agent for,
                Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
513924442     +EDI: WFFC.COM Jul 10 2018 02:13:00      Americas Servicing Company,
                Attention Bankruptcy Department,    MAC #D3347-014,    3476 Stateview Boulevard,
                Fort Mill, SC 29715-7203
```

```
District/off: 0312-1                  User: admin                    Page 3 of 5                    Date Rcvd: Jul 09, 2018
                                      Form ID: 3180W                 Total Noticed: 130


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513641293      +EDI: ARSN.COM Jul 10 2018 02:13:00      Associated Recovery Systems,    PO Box 469046,
                 Escondido, CA 92046-9046
513641294       EDI: BANKAMER.COM Jul 10 2018 02:13:00      Bank of America,   Aka Fia Card Services,
                 PO Box 982235,    El Paso, TX 79998-2235
513964317      +EDI: BANKAMER.COM Jul 10 2018 02:13:00      BANK OF AMERICA, N.A.,   7105 Corporate Drive,
                 Mail Stop TX2-982-03-03,    Plano, TX 75024-4100
513641295      +EDI: BANKAMER.COM Jul 10 2018 02:13:00      Bank of America-BAC Home Loan Servicing,
                 PO Box 5170,   Simi Valley, CA 93062-5170
513641298      +E-mail/Text: clientrep@capitalcollects.com Jul 09 2018 22:49:21      Capital Collection Service,
                 PO Box 150,   West Berlin, NJ 08091-0150
513641299       EDI: CAPITALONE.COM Jul 10 2018 02:13:00      Capital One,   Bankruptcy Dept.,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
513729124       EDI: CAPITALONE.COM Jul 10 2018 02:13:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
513641305      +EDI: CITICORP.COM Jul 10 2018 02:13:00      Citibank,   PO Box 6500,
                 Sioux Falls, SD 57117-6500
516473277       E-mail/Text: bankruptcy.bnc@ditech.com Jul 09 2018 22:47:44      Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
516473278       E-mail/Text: bankruptcy.bnc@ditech.com Jul 09 2018 22:47:44      Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154,    Ditech Financial LLC,   P.O. Box 6154,
                 Rapid City, SD 57709-6154
513641317      +EDI: RMSC.COM Jul 10 2018 02:13:00      GE Capital Retail Bank,   Attn: Bankruptcy Dept.,
                 PO Box 103106,    Roswell, GA 30076-9106
514177604      +E-mail/Text: bankruptcy.bnc@ditech.com Jul 09 2018 22:47:44      Green Tree Servicing LLC,
                 P O Box 0049,   Palatine, IL 60055-0001
514177605      +E-mail/Text: bankruptcy.bnc@ditech.com Jul 09 2018 22:47:44      Green Tree Servicing LLC,
                 P O Box 0049,   Palatine, IL 60055,    Green Tree Servicing LLC,   P O Box 0049,
                 Palatine, IL 60055-0001
514809853      +E-mail/Text: bankruptcy.bnc@ditech.com Jul 09 2018 22:47:44      Green Tree Servicing LLC,
                 PO BOX 0049,   Palatine, IL 60055-0049,    Telephone 60055-0049
514019828      +E-mail/Text: bankruptcy.bnc@ditech.com Jul 09 2018 22:47:44      Green Tree Servicing, LLC,
                 PO BOX 0049,   Palatine, IL 60055-0049,    Telephone number 60055-0049
513641325      +EDI: IIC9.COM Jul 10 2018 02:13:00      I.C. System, Inc.,   PO Box 64887,
                 St. Paul, MN 55164-0887
513875216       EDI: JEFFERSONCAP.COM Jul 10 2018 02:13:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD MN 56302
513875217       EDI: JEFFERSONCAP.COM Jul 10 2018 02:13:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD MN 56302,    JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,    ST CLOUD MN 56302
513641329      +EDI: RESURGENT.COM Jul 10 2018 02:13:00      LVNV Funding,   PO Box 10584,
                 Greenville, SC 29603-0584
513641334      +EDI: MID8.COM Jul 10 2018 02:13:00      Midland Funding, LLC,   8875 Aero Drive,
                 San Diego, CA 92123-2255
513641335      +EDI: MID8.COM Jul 10 2018 02:13:00      Midland Funding, LLC,   8875 Aero Drive, Suite 200,
                 San Diego, CA 92123-2255
513641338      +E-mail/Text: egssupportservices@alorica.com Jul 09 2018 22:48:33      NCO Financial,
                 507 Prudential Road,   Horsham, PA 19044-2308
513962080       EDI: PRA.COM Jul 10 2018 02:13:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
                 PO Box 41067,   Norfolk VA 23541
513928085       EDI: RECOVERYCORP.COM Jul 10 2018 02:13:00      Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
513641343      +E-mail/Text: bankruptcy@proconsrv.com Jul 09 2018 22:48:14      Pro Consulting Services,
                 PO Box 66768,   Houston, TX 77266-6768
513686899      +E-mail/Text: bncmail@w-legal.com Jul 09 2018 22:48:33      TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513791204      +E-mail/Text: bncmail@w-legal.com Jul 09 2018 22:48:33      TD Bank USA, N.A.,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
513641356       EDI: WTRRNBANK.COM Jul 10 2018 02:13:00      Target National Bank,   C/O Target Credit Services,
                 PO Box 1581,   Minneapolis, MN 55440-1581
513641357      +E-mail/Text: chegyi@winslowtownship.com Jul 09 2018 22:48:22      Township Of Winslow,
                 125 South Route 73,   Braddock, NJ 08037-9422
513641358      +E-mail/Text: chegyi@winslowtownship.com Jul 09 2018 22:48:22      Township Of Winslow,
                 Municipal Complex,    125 South Route 73,   Braddock, NJ 08037-9423
515634188      +EDI: WFFC.COM Jul 10 2018 02:13:00      Wells Fargo Bank NA,   MAC B6955-01B,    PO Box 31557,
                 Billings MT 59107-1557
515634190      +EDI: WFFC.COM Jul 10 2018 02:13:00      Wells Fargo Bank NA,   MAC X2303-01A,    1 Home Campus,
                 Des Moines, IA 50328-0001
513641364       EDI: WFFC.COM Jul 10 2018 02:13:00      Wells Fargo Home Mortgage,   PO Box 659558,
                 San Antonio, TX 78265
                                                                                               TOTAL: 39

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BSI Financial Services,   85 Broad Street
nc             Douglas A. Baker
cr             Jefferson Capital Systems LLC
cr             OCWEN - Ocwen Loan Servicing, LLC,   6409 Congress Avenue, Suite 100,    Boca Raton,
514809854      Green Tree Servicing LLC,   PO BOX 0049,    Palatine, IL 60055-0049,    Telephone # 888-298-7785,
                 Green Tree Servicing LLC,   PO BOX 0049
```

```
District/off: 0312-1          User: admin              Page 4 of 5              Date Rcvd: Jul 09, 2018
                              Form ID: 3180W           Total Noticed: 130


              ***** BYPASSED RECIPIENTS (continued) *****
514019829         Green Tree Servicing, LLC,   PO BOX 0049,   Palatine, IL 60055-0049,
                   Telephone number: 888-298-7785,   Green Tree Servicing, LLC,   PO BOX 0049
516963927         New Penn Financial, LLC,   d/b/a Shellpoint Mortgage Servicing,   P.O. Box 10675,
                   Greenville, SC 29603-0675,   New Penn Financial, LLC,   d/b/a Shellpoint Mortgage Servicing
aty*             +Joel A. Ackerman,   Zucker Goldberg & Ackerman,   200 Sheffield Street,   Suite 301,
                   Mountainside, NJ 07092-2315
aty*             +Joel A. Ackerman,   Zucker Goldberg & Ackerman,   200 Sheffield Street,   Suite 301,
                   Mountainside, NJ 07092-2315
cr*              +TD Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                   Seattle, WA 98121-3132
513641366*      ++WEST JERSEY ANESTHESIA ASSOCIATES PA,   1000 WHITE HORSE ROAD SUITE 204,
                   VOORHEES NJ 08043-4408
                 (address filed with court:  West Jersey Anesthesia Associates,   102E Centre Blvd.,
                   Marlton, NJ  08053-0000)
aty             ##+Eileen K. Fahey,   Eileen K. Fahey, Esq.,   7-A North Main Street,   Medford, NJ 08055-2440
513953667       ##Federal National Mortgage Association,   PO Box 2008,   Grand Rapids, MI 49501-2008
513641316       ##+FrederIck J. Hanna, Esq.,   1427 Roswell Road,   Marietta, GA 30062-3668
513641328       ##+Linda Lillibridge And Andre Scanes,   22 Melwood Court,   Sicklerville, NJ 08081-2022
513641339       ##+Nudelman, Klemm And Golub,   425 Eagle Rock Avenue, Suite 403,   Roseland, NJ 07068-1787
                                                                                               TOTALS: 7, * 4, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2018                                        Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    OCWEN LOAN SERVICING, LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank, N.A., as servicer for US bank
               National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-9, Adjust Rate Mortgage
               Backed Pass Through Certificates, Series 2005-9 nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              CherylLynn  Walters    on behalf of Creditor    Township of Winslow cwalters@prlawoffice.com
              Denise E. Carlon    on behalf of Creditor    Residential Credit Solutions Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    Wells Fargo Bank N.A., as Trustee
               vbarber@udren.com, ewassall@udren.com
              I. Dominic Simeone    on behalf of Creditor    Mason Run Condominium Assoc., Inc.
               dsimeone@srnjlawfirm.com, kraynor@srnjlawfirm.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor    Everbank cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Bank Of America, N.A. cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Federal National Mortgage Association (Fannie
               Mae), creditor, c/o Seterus, Inc. cmecf@sternlav.com
              Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services
               bankruptcy@friedmanvartolo.com
              Joshua I. Goldman    on behalf of Creditor    Residential Credit Solutions Inc.
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Justin  Plean    on behalf of Creditor    Wells Fargo Bank, N.A. jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Justin  Plean    on behalf of Creditor    OCWEN - Ocwen Loan Servicing, LLC jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
```

```
District/off: 0312-1              User: admin                  Page 5 of 5                  Date Rcvd: Jul 09, 2018
                                  Form ID: 3180W               Total Noticed: 130
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Kevin M. Buttery    on behalf of Creditor    Wells Fargo Bank, N.A. bkyefile@rasflaw.com
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae),
               creditor, c/o Seterus, Inc. dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC dnj@pbslaw.org
              Ryan A. Gower    on behalf of Creditor    U.S. Bank National Association, as Trustee for Structured
               Asset Mortgage Investments II Inc., Bear Stearns ARM Trust, Mortgage Pass-Through Certificates,
               Series 2004-12 bkecf@milsteadlaw.com
              Seymour  Wasserstrum    on behalf of Joint Debtor Patricia A. Wright mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour  Wasserstrum    on behalf of Debtor Alfonzo H. Wright mylawyer7@aol.com,
               ecf@seymourlaw.net
              Steven K. Eisenberg    on behalf of Creditor     HSBC Bank USA, N.A. bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven K. Eisenberg    on behalf of Creditor     OCWEN LOAN SERVICING, LLC bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven K. Eisenberg    on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION
               bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Veroneque Annette Theresa Blake    on behalf of Creditor    OCWEN LOAN SERVICING, LLC
               vblake@udren.com,   vbarber@udren.com
              William M. E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 30
```